# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

LANCE E. SCHWEITER,

      **Plaintiff,**

v.                                                 CIV No. 1:21-cv-00168-KBM

ANDREW SAUL,
**Commissioner of Social Security,**

      **Defendant.**

## STIPULATED ORDER GRANTING
## PARTIAL MOTION TO DISMISS WITH PREJUDICE

Before the Court is the parties' Stipulated Partial Motion to Dismiss with Prejudice (ECF No. 8). In consideration thereof, it is ORDERED that ¶ 8(G) of Plaintiff's Complaint be dismissed with prejudice pursuant to F.R.C.P. 12(b)(1). Paragraphs 1-7 and 8(A)-(F) remain, and must be answered by Defendant within the schedule set by this Court.

Dated this 4th day of June, 2021.

                                                                                      _____
                                                                                      The Honorable Karen B. Molzen
                                                                                       United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted*
M. THAYNE WARNER
Special Assistant United States Attorney

*Electronically approved*
HELEN LAURA LOPEZ
Attorney for Plaintiff